**GOLDBERG SEGALLA LLP**
Jonathan M. Kuller, Esq. (Atty ID 009731976)
301 Carnegie Center / Suite 200
Princeton, New Jersey 08540
Mailing Address:  PO Box 580, Buffalo, NY 14201
 (609) 986-1300
Attorneys for Plaintiff LM Insurance Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LM INSURANCE CORPORATION<br>175 Berkeley Street<br>Boston, Massachusetts 02117<br><br>        Plaintiff,<br><br>v.<br><br>KENVIL UNITED CORPORATION<br>60 North Dell Avenue<br>Kenvil, New Jersey 07847<br><br>        Defendant. | CIVIL ACTION NO.<br><br>**COMPLAINT** |

Plaintiff, LM Insurance Corporation by and through its attorneys Goldberg Segalla LLP hereby complains of the defendant as follows:

### PARTIES

1.  Plaintiff LM Insurance Corporation ("Liberty") was at all relevant times an Illinois Corporation with is principal place of business at 175 Berkeley Street, Boston, Massachusetts, LM Insurance Corporation is sometimes hereinafter referred to as "Liberty."

2.  Defendant Kenvil United Corporation was at all times relevant a New Jersey Corporation with its principal place of business at 60 North Dell Avenue, Kenvil, New Jersey.

- 1 -

## JURISDICTION AND VENUE

3.  This is a civil action wherein jurisdiction is founded on diversity of citizenship. The amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs as specified in 28 U.S. § 1332.

4.  Venue is properly laid in this district pursuant to 28 U.S.C. § 1391(a) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial court.

## BACKGROUND

### The New Jersey Workers' Compensation Insurance Plan

5.  New Jersey has a voluntary market for the buying and selling of workers compensation insurance.  In New Jersey's voluntary market, an employer may purchase workers compensation insurance from any authorized carrier that is willing to underwrite the coverage.

6.  New Jersey has an "involuntary market" for those employers who may not be able to procure workers compensation coverage in the voluntary market.

7.  New Jersey's involuntary market mechanism is the New Jersey Workers Compensation Insurance Plan.

8.  The New Jersey Workers Compensation Insurance Plan ("New Jersey Plan") is administered by the New Jersey Compensation Rating and Inspection Bureau ("CRIB") pursuant to its statutory authority with the approval of the Department of Banking and Insurance.

### Defendant's Application For Coverage Through the New Jersey Plan

9.  On or about May 3, 2007 Kenvil United Corporation ("Kenvil") through the insurance producer selected by it, submitted to CRIB a New Jersey Workers' Compensation Insurance Plan Application for Designation of an Insurance Company ("the Application").  A true copy of the Application is attached hereto and made part hereof, designated **Exhibit A**.

10. The Application contained an Employers Certification which was executed by Gerald Fahy. The Employer Certification provided in pertinent part:

> I hereby acknowledge that I have fully read the instructions related to the completion of this application as well as above statements and personally certify that the foregoing statements and information contained in this application are true and accurate to the best of my knowledge and, that I, as an owner/operator, am fully authorized to sign this application on behalf of the applicant, and to bind the applicant. I understand that under New Jersey criminal law, insurance fraud is punishable by up to ten (10) years imprisonment and fines up to $150,000, as well as civil penalties authorized by the New Jersey Insurance Fraud Prevention Act. If this application for coverage represents an electronic submission for coverage, I further acknowledge receipt of copies of all instruments relating to such submission, including the instructions for completion application, the fully completed application and addendums and the authorization for release of funds and certification.

> I understand that, as the applicant, the information provided herein is material and will be relied upon by the Compensation Rating & Inspection Bureau, as well as by the designated insurance company, to produce the requested insurance and will be used to calculate my preliminary workers' compensation premium.

> I also understand that I have continuing obligation to promptly notify the designated carrier of changes in:

> - The kind of work conducted by the business
> - The size of and/or classification of our workforce
> - The amount of remuneration
> - The business ownership or business structure
> - Change of mailing address and/or principal physical location

> I agree to make available all records necessary for a carrier or rating bureau audit and to permit the auditor or other representative to make a physical inspection of our premises/operations. I understand that failure to do this may result in termination of the coverage provided, civil penalties and/or criminal prosecution.

> It is further understood that if there is workers' compensation liability under the law(s) of any other state(s), other arrangements must be made.

20150381.v1

> In accordance with New Jersey law, if I/we intentionally understate or conceal, remuneration, or misrepresent or conceal employee duties, so as to avoid proper classification for premium calculations, or misrepresent or conceal information pertinent to the computation and application of an experience rating modification factor, I/we shall be subject to civil penalties authorized by the New Jersey Insurance Fraud Prevention Act, as well as prosecution under the criminal laws of this State.

11. In submitting the Application, Kenvil agreed and certified with respect to any carrier assigned by CRIB, *inter-alia*:

    (a) that Kenvil would provide true and correct information;

    (b) that Kenvil would cooperate fully with any assigned carrier;

    (c) that Kenvil would inform any assigned carrier promptly of any change in the underwriting information provided.

12. By Notice of Designation dated May 9, 2007, Liberty was assigned by CRIB to provide coverage to Kenvil, effective May 4, 2007.  A true copy of the Notice of Designation is attached hereto and made part hereof, designated **Exhibit B.**

13. Liberty provided workers' compensation and employer's liability coverage to Kenvil pursuant to the various policies.  Liberty's claims in this action are limited to the following policies:

| Policy Number | Dates of Coverage | Reference |
|---|---|---|
| WC5-33S-348784-063 | 5/4/13 – 5/4/14 | WC5-063 |
| WC5-33S-348784-064 | 5/4/14 – 5/4/15 | WC5-064 |
| WC5-33S-348784-065 | 5/4/15 – 11/18/15 | WC5-065 |

The foregoing policies of insurance are sometimes hereinafter referred to as "the Liberty Policies."

20150381.v1

14. The Liberty Policies provided to Kenvil each state in pertinent part:

C.  **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

(1)  All your officers and employees engaged in work covered by this policy; and

(2)  All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligation.

1.  **Final Premium**
**The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance...**

2.  **Records**
You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them. (Emphasis added).

3.  **Audit**
You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision. (Emphasis added).

15.  Each of the Liberty Policies has a New Jersey Workers Compensation Insurance Plan Eligibility Endorsement (Form WC 29 03 10).  Said Endorsement provides in pertinent part:

> 3.  You will have complied with all laws, orders, rules and regulations in force and effect relating to the workforce health and safety of your employees, including but not limited to:
>
> (a)  You will comply with our right to inspect and recommendations resulting therefrom, as described in this part. Nothing contained herein alters the Policy Provisions of Part 6 – Conditions, and
>
> (b)  You will keep records or information needed to compute premiums as described in **PART FIVE – PREMIUM, G, AUDIT** and provide us with copies of those records when we ask for them; and
>
> (c)  You will let us examine and audit your records and otherwise fully cooperate with our attempts to conduct premium audits or inspect the workplaces.

16. Liberty attempted on numerous occasions to complete audits with respect to each of the Liberty Policies.

17. After numerous requests, Kenvil ultimately provided Liberty with sufficient access to its books and records in order that premium audits could be completed with respect to the Liberty Policies.

- 6 -

18. Liberty has billed Kenvil for premiums due and owing pursuant to the Liberty Policies, the Application and the New Jersey Workers' Compensation Insurance Plan but Kenvil has failed and refused to pay same.

## FIRST COUNT

19. Liberty repeats and reallages the allegations of the preceding paragraphs as is same were set forth at length herein.

20. Kenvil has failed and refused to comply with its responsibilities and duties with regard to the Liberty Policies.

21. By reason of the foregoing, Liberty has been damaged.

22. Liberty has reasonably estimated the premiums with respect to the Liberty Policies. There is a balance due and owing of $1,467,722.46 as appears from **Exhibit C** attached hereto.

**WHEREFORE** plaintiff LM Insurance Corporation demands judgment against defendant Kenvil United Corporation as follows:

     a.  For compensatory damages.

     b.  For interest.

     c.  For costs of suit.

     d.  For such other and further relief as to the Court may seem just.

## SECOND COUNT

23. Liberty repeats and reallages the allegations of the preceding paragraphs as is same were set forth at length herein.

24. Liberty sues Kenvil for the reasonable and lawful value of workers' compensation and employer's liability insurance provided to Kenvil as set forth in paragraph 13 hereof.

20150381.v1

**WHEREFORE** plaintiff LM Insurance Corporation demands judgment against defendant Kenvil United Corporation as follows:

    a.  For compensatory damages.

    b.  For interest.

    c.  For costs of suit.

    d.  For such other and further relief as to the Court may seem just.

**GOLDBERG SEGALLA LLP**

s/ *Jonathan M. Kuller*

Jonathan M. Kuller, Esq.
Attorneys for Plaintiff
301 Carnegie Center / Suite 200
Princeton, NJ 08540
Ph. 609-986-1315
Fax 609-986-1301
jkuller@goldbergsegalla.com

Date: July 3, 2018

# EXHIBIT A

Printer

Page 1 of 6

## NEW JERSEY WORKERS COMPENSATION INSURANCE PLAN
### APPLICATION FOR DESIGNATION OF AN INSURANCE COMPANY

| | Date 05/03/2007 |
|---|---|

COMPENSATION RATING AND INSPECTION BUREAU
60 PARK PLACE, NEWARK, NEW JERSEY 07102 (973) 622-6014

This employer is unable to purchase Workers Compensation and Employers Liability Insurance for its liability under the New Jersey Workers Compensation Law. At least three non-affiliated companies have declined to provide voluntary coverage. For that reason the employer applies for selection of an insurance company through the New Jersey Workers Compensation Insurance Plan.

| APPLICATION NUMBER 00412932 | BUREAU FILE NUMBER | COVERAGE REQUESTED EFFECTIVE DATE 05/04/2007 | NEW JERSEY TAXPAYER IDENTIFICATION # 205011727 |
|---|---|---|---|
| **1. NAME OF APPLICANT** KENVIL UNITED, INC. | | TELEPHONE NUMBER 973-927-0010 | FEDERAL EMPLOYER ID/SOCIAL SECURITY# 205011727 |

| 2.a. MAILING ADDRESS (including ZIP code) P.O. BOX 32 WHARTON NJ 07885 | 2.b. FULL ADDRESS OF PRINCIPAL PHYSICAL LOCATION(No P.O. Box) 60 DELL AVENUE KENVIL NJ 07847 | 3. DATE BUSINESS OR OPERATION BEGAN: 2007 | 4. LEGAL STATUS: CORPORATION |
|---|---|---|---|

## 5. LOCATION OF ALL NEW JERSEY SHOPS, YARDS OR WORK PLACES

| # | (STREET,CITY,COUNTY,STATE,ZIPCODE) | MAX # EMP PER SHIFT | # | (STREET,CITY,COUNTY,STATE,ZIPCODE) | MAX # EMP PER SHIFT |
|---|---|---|---|---|---|
| 1 | 60 DELL AVENUE KENVIL NJ 07847 | 2 | 2 | | |
| 3 | | | 4 | | |

## 6. BOOKS AND RECORDS REFLECTING PAYROLLS

WHAT RECORDS DO YOU MAINTAIN SHOWING ALL PAYROLLS, AND WHERE (LOCATION) MAY THEY BE EXAMINED?

GENERAL LEDGER
60 DELL AVENUE KENVIL, NJ 07847

AUDIT INFORMATION CONTACT NAME

JERRY FAHY      TELEPHONE NUMBER  973-927-0010

AUDIT ADDRESS(Physical Location)

60 DELL AVENUE

KENVIL NJ 07847

IF PAYROLL SERVICE IS USED PROVIDE NAME, ADDRESS AND TELEPHONE # OF SERVICE

TELEPHONE NUMBER:

## 7. OWNERSHIP INFORMATION

LIST BELOW NAMES, TITLES, DUTIES AND APPROXIMATE ANNUAL REMUNERATION OF CORPORATE OFFICERS. SIMILARLY, INCLUDE ANY PROPRIETORS AND PARTNERS WHERE THE NOTICE OF ELECTION-PROPRIETORS AND PARTNERS HAS BEEN COMPLETED. INCLUDE THEIR SALARIES IN THE PREMIUM COMPUTATIONS. ALSO GIVE THE PERCENT OF STOCK OWNED BY EACH OFFICER AND PARTNER. ATTACH SEPARATE SHEET IF NECESSARY.

| | NAME | TITLE | % OF STOCK OWNED | DUTIES | APPROXIMATE ANNUAL REMUNERATION |
|---|---|---|---|---|---|
| 1 | JERRY FAHY | PRESIDENT | 100.0 | SALES | $25480 |
| 2 | | | | | |
| 3 | | | | | |

IF YOU HAVE NOT INCLUDED THE OFFICER'S, OWNERS OR PARTNERS PAYROLL IN THE PREMIUM CALCULATION, EXPLAIN ON SUPPLEMENTAL PAGE

## 8. INSURANCE RECORD

| ANY PREVIOUS NJ WORKERS COMP INSURANCE COVERAGE?  NO | IF YES, WAS COVERAGE THROUGH: REASON FOR FILING APPLICATION: IF NO,  NEW BUSINESS |
|---|---|

INSURANCE RECORD - THREE PREVIOUS YEARS

| | STATE | LOCATION | INSURANCE COMPANY | POLICY NUMBER | POLICY PERIOD FROM | TO | GOVERNING CLASS | ANNUAL PREMIUMS | AUDITED PAYROLL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

Printer

## 9. INSURANCE COMPANIES WHO HAVE ____ ERED/REFUSED INSURANCE

LIST BELOW NAMES AND REPRESENTATIVES OF THREE COMPANIES WHICH HAVE REFUSED COVERAGE IN THE PAST SIXTY DAYS. THE REPRESENTATIVES NAMED MUST BE FULL-TIME EMPLOYEES OF THE INSURANCE COMPANY. IF APPLICABLE, ONE OF THESE COMPANIES SHOULD BE THE ONE PROVIDING WORKERS COMPENSATION INSURANCE TO THE APPLICANT AT THE TIME OF APPLICATION.

HAVE YOU RECEIVED ANY OFFERS OF VOLUNTARY COVERAGE? NO

| INSURANCE COMPANY NAME | REPRESENTATIVES NAME |
|---|---|
| HARTFORD | GEORGE WINN |
| FARMERS | ROSE ESHER |
| FITCHBURGH | TIM O'SHEA |

THERE IS A 15% PENALTY SURCHARGE TO THE ANNUAL PREMIUM FOR REJECTING ANY OFFER OF VOLUNTARY INSURANCE.

## 10. NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS     APPLICATION NUMBER 00412932

GIVE COMPLETE DESCRIPTION OF BUSINESS AND OPERATIONS INCLUDING PRODUCTS MANUFACTURED, SOLD OR SERVICED.
KENVIL UNITED IS A SALES ORGANIZATION SELLING SMALL STEEL BUILDINGS. THEY DO NOT PREFORM ANY CONSTRUCTION OPERATION.

## 11. GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES ON THE SUPPLEMENTAL PAGE | YES | NO | EXPLAIN ALL "YES" RESPONSES ON THE SUPPLEMENTAL PAGE | YES | NO |
|---|---|---|---|---|---|
| 1.DO YOU HAVE OPERATIONS IN STATES OTHER THAN NEW JERSEY?  IF YES, LIST THE STATES AND LENGTH OF TIME IN BUSINESS BY STATE | | NO | 5.HAS ANY OWNER FILED FOR BANKRUPTCY? IF YES, GIVE DATE AND STATE OF FILING. | | NO |
| 2.HAS THERE BEEN A NAME CHANGE OR A CONSOLIDATION, MERGER OR OTHER OWNERSHIP CHANGE DURING THE PAST THREE YEARS? | | NO | 6.DO YOU OR ANY COMMONLY OWNED OR MANAGED ENTERPRISES OWE ANY UNPAID WORKERS COMPENSATION INSURANCE PREMIUMS? | | NO |
| IF YES, ATTACH A SEPARATE SIGNED OWNERSHIP STATEMENT ON EMPLOYERS LETTERHEAD WITH PREVIOUS BUSINESS NAME, OWNERS, INCLUDING PERCENTAGE OF STOCK AND DATE OF CHANGE. | | | 7.HAS ANY INSURANCE COMPANY EVER CANCELED YOUR WORKERS COMPENSATION POLICY FOR NONPAYMENT OR FOR ANY OTHER REASON? | | NO |
| | | | 8.DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS?. IF YES, COMPLETE SUPPLEMENTAL EMPLOYEE LEASING APPLICATION. | | NO |
| 3.DOES ANY OWNER NAMED IN ITEM #7 HAVE AN OWNERSHIP INTEREST IN ANY OTHER BUSINESS? IF YES, DESCRIBE FULLY. | | NO | 9.DO YOU HAVE ANY TRUCKING OPERATIONS? IF YES, COMPLETE TRUCKERS SUPPLEMENTAL APPLICATION. | | NO |
| 4.HAS ANY OWNER EVER BEEN IN BUSINESS UNDER A DIFFERENT NAME? IF YES, GIVE NAME(S) AND DATE(S) OF OPERATION. | | NO | | | |

## 12a. Current CLASSIFICATION OF OPERATIONS

| CLASSIFICATION PHRASEOLOGY | TOTAL # OF EMP PER CODE | CLASS CODE | RATE | TOTAL PREMIUM BASIS TOTAL WAGES | PREMIUM |
|---|---|---|---|---|---|
| | | | TOTAL PREMIUM EXCLUDING MOD/PPAP/SURCHARGES | | |

Printer

## 12b. PROJECTED CLASSIFICATION OF OPERATIONS

| CLASSIFICATION PHRASEOLOGY | TOTAL # OF EMP PER CODE | CLASS CODE | RATE | TOTAL PREMIUM BASIS TOTAL WAGES | PREMIUM |
|---|---|---|---|---|---|
| SALES PERSONS | 1 | 8742 | .53 | 25480.00 | 135.00 |
| CLERICAL | 1 | 8810 | .26 | 50000.00 | 130.00 |
| CLERICAL OFFICE EMPLOYEES | 0 | 8810 | .00 | 0.00 | 0.00 |
| SALESPERSONS - OUTSIDE | 0 | 8742 | .00 | 0.00 | 0.00 |
| DRIVERS NOC | 0 | 7380 | .00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| TOTAL PREMIUM SUBJECT TO THE EXPERIENCE MODIFICATION | | 265.00 |
| INCR. LIMITS 500/500/500 @ 1.90 | | 50.00 |
| *PREMIUM MODIFIED TO REFLECT EXP MOD | 1.000 | 315.00 |
| N.J.C.C.P.A.P CREDIT | 0.00 | 0.00 |
| OTHER PREMIUM CHARGES | | 0.00 |
| | | 0.00 |
| TOTAL ESTIMATED STANDARD PREMIUM | | 315.00 |
| ** PLAN PREMIUM ADJUSTMENT | 0.10 | 32.00 |
| (0900)EXPENSE CONSTANT | | 200.00 |
| (9740)FOREIGN TERRORISM PREMIUM CHARGE -$0.0300 per $100 PAYROLL | | 23.00 |
| (9741)DOMESTIC TERRORISM & CATASTROPHE PREMIUM CHARGE -$0.0100 per $100 PAYROLL | | 8.00 |
| TOTAL ESTIMATED PREMIUM | | 578.00 |
| (0935)SECOND INJURY FUND SURCHARGE | 6.31 | 20.00 |
| (0936)UNINSURED EMPLOYERS FUND SURCHARGE | 0.00 | 0.00 |
| TOTAL ESTIMATED COST $ | | 598.00 |
| *** DEPOSIT PREMIUM WITH APPLICATION | | 598.00 |

* ENTER 'NONE' IF EMPLOYER IS NOT SUBJECT TO EXPERIENCE RATING.

** THIS FACTOR IS APPLIED IN ACCORDANCE WITH 3:14-8(13A) (13E) OF THE MANUAL.

*** IF ESTIMATED ANNUAL PREMIUM IS LESS THAN $500, THE DEPOSIT PREMIUM IS THE TOTAL AMOUNT. IF $500 OR MORE, SEND 40% OF THE TOTAL ESTIMATED ANNUAL PREMIUM, OR $500 WHICHEVER IS GREATER.

## 13. PREMIUM PAYMENT

THE ATTACHED CHECK FOR $ 598.00 PAYABLE TO NJ WORKERS COMPENSATION INS PLAN REPRESENTS ADVANCE PREMIUM ACCORDING TO PARAGRAPH 3 OF THE PLAN.

## 14. APPLICANT CERTIFICATION

I HEREBY ACKNOWLEDGE THAT I HAVE FULLY READ THE INSTRUCTIONS RELATED TO THE COMPLETION OF THIS APPLICATION AS WELL AS ABOVE STATEMENTS AND PERSONALLY CERTIFY THAT THE FOREGOING STATEMENTS AND INFORMATION CONTAINED IN THIS APPLICATION ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND, THAT I, AS AN OWNER/OFFICER, AM FULLY AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE APPLICANT, AND TO BIND THE APPLICANT. I UNDERSTAND THAT UNDER NEW JERSEY CRIMINAL LAW, INSURANCE FRAUD IS PUNISHABLE BY UP TO TEN (10) YEARS IMPRISONMENT AND FINES UP TO $150,000, AS WELL AS CIVIL PENALTIES AUTHORIZED BY THE NEW JERSEY INSURANCE FRAUD PREVENTION ACT. IF THIS APPLICATION FOR COVERAGE REPRESENTS AN ELECTRONIC SUBMISSION FOR COVERAGE, I FURTHER ACKNOWLEDGE RECEIPT OF COPIES OF ALL INSTRUMENTS RELATING TO SUCH SUBMISSION, INCLUDING THE INSTRUCTIONS FOR COMPLETING APPLICATION, THE FULLY COMPLETED APPLICATION AND ADDENDUMS AND THE AUTHORIZATION FOR RELEASE OF FUNDS AND CERTIFICATION.

I UNDERSTAND THAT, AS THE APPLICANT, THE INFORMATION PROVIDED HEREIN IS MATERIAL AND WILL BE RELIED UPON BY THE COMPENSATION RATING & INSPECTION BUREAU, AS WELL AS BY THE DESIGNATED INSURANCE COMPANY, TO PROVIDE THE REQUESTED INSURANCE AND WILL BE USED TO CALCULATE MY PRELIMINARY WORKERS COMPENSATION PREMIUM.

I ALSO UNDERSTAND THAT I HAVE A CONTINUING OBLIGATION TO PROMPTLY NOTIFY THE DESIGNATED CARRIER OF CHANGES IN:
o THE KIND OF WORK CONDUCTED BY THE BUSINESS
o THE SIZE OF AND/OR CLASSIFICATION OF OUR WORKFORCE
o THE AMOUNT OF REMUNERATION
o THE BUSINESS OWNERSHIP OR BUSINESS STRUCTURE
o CHANGE OF MAILING ADDRESS AND/OR PRINCIPAL PHYSICAL LOCATION

I AGREE TO MAKE AVAILABLE ALL RECORDS NECESSARY FOR A CARRIER OR RATING BUREAU AUDIT AND TO PERMIT THE AUDITOR OR OTHER REPRESENTATIVE TO MAKE A PHYSICAL INSPECTION OF OUR PREMISES/OPERATIONS. I UNDERSTAND THAT FAILURE TO DO THIS MAY RESULT IN TERMINATION OF THE COVERAGE PROVIDED, CIVIL PENALTIES AND/OR CRIMINAL PROSECUTION.

IT IS FURTHER UNDERSTOOD THAT IF THERE IS WORKERS COMPENSATION LIABILITY UNDER THE LAW(S) OF ANY OTHER STATE(S), OTHER ARRANGEMENTS MUST BE MADE.

IN ACCORDANCE WITH NEW JERSEY LAW, IF I/WE INTENTIONALLY UNDERSTATE OR CONCEAL REMUNERATION, OR MISREPRESENT OR CONCEAL EMPLOYEE DUTIES, SO AS TO AVOID PROPER CLASSIFICATION FOR PREMIUM CALCULATIONS, OR MISREPRESENT OR CONCEAL INFORMATION PERTINENT TO THE COMPUTATION AND APPLICATION OF AN EXPERIENCE RATING MODIFICATION FACTOR, I/WE SHALL BE SUBJECT TO CIVIL PENALTIES AUTHORIZED BY THE NEW JERSEY INSURANCE FRAUD PREVENTION ACT, AS WELL AS PROSECUTION UNDER THE CRIMINAL LAWS OF THIS STATE.

| PRINT APPLICANT NAME GERALD FAHY | APPLICANT TITLE PRESIDENT | APPLICANT NJ DRIVERS LICENSE OR NJ MVC ID F01742791711562 |
|---|---|---|
| APPLICANT SIGNATURE GERALD FAHY | | DATE 05/03/2007 |

Printer

### 15. PRODUCER CERTIFICATION

| DESIGNATED LICENSED PRODUCER, IF ANY (INCLUDE ADDRESS)   LIC# 9723306   STATE | FEDERAL EMPLOYER ID #/SOCIAL SECURITY NUMBER |
|---|---|
| JOSEPH J. SCHIPSI, INC.<br>303 S. KINGS HIGHWAY, SUITE 5<br>CHERRY HILL NJ 08034 | 223491779 |
| | TELEPHONE NUMBER<br>8564299658 |

I HEREBY CERTIFY THAT I HAVE READ AND UNDERSTAND THE INSTRUCTIONS RELATED TO THIS APPLICATION AND HAVE FULLY EXPLAINED THE RULES AND PROCEDURES OF THE NEW JERSEY WORKERS' COMPENSATION INSURANCE PLAN TO THE APPLICANT. I UNDERSTAND THAT INTENTIONAL MISSTATEMENT OF INFORMATION IN THIS APPLICATION MAY SUBJECT ME TO PENALTIES AS ARE PROVIDED BY LAW INCLUDING, BUT NOT LIMITED TO LOSS OF LICENSE.

I FURTHER UNDERSTAND THAT UNDER NEW JERSEY CRIMINAL LAW, INSURANCE FRAUD IS PUNISHABLE BY UP TO TEN (10) YEARS IMPRISONMENT AND FINES UP TO $150,000 AS WELL AS CIVIL PENALTIES AUTHORIZED BY THE NEW JERSEY INSURANCE FRAUD PREVENTION ACT. I FURTHER CERTIFY THAT I HAVE WITNESSED THE APPLICANT'S SIGNATURE TO THIS APPLICATION.

IF THIS APPLICATION FOR COVERAGE REPRESENTS AN ELECTRONIC SUBMISSION FOR COVERAGE, I CERTIFY THAT I HAVE WITNESSED THE APPLICANT'S SIGNATURE TO THE "AUTHORIZATION FOR RELEASE OF FUNDS AND CERTIFICATION" AND THAT THE APPLICANT HAS RECEIVED COPIES OF ALL INSTRUMENTS RELATING TO SUCH SUBMISSION, INCLUDING THE INSTRUCTIONS FOR COMPLETING APPLICATION, THE FULLY COMPLETED APPLICATION AND ADDENDUMS AND THE AUTHORIZATION FOR RELEASE OF FUNDS AND CERTIFICATION.

| PRINT PRODUCERS SIGNATURE AND TITLE<br>JOSEPH J. SCHIPSI JR. PRESIDENT | PRODUCERS NJ LICENSE #<br>9723306 | NATIONAL PRODUCER NUMBER<br>00321075 |
|---|---|---|
| PRODUCERS SIGNATURE AND TITLE<br>JOSEPH J,. SCHIPSI JR. PRESIDENT | | DATE<br>05/03/2007 |

| NEW JERSEY WORKERS COMPENSATION INSURANCE PLAN |
| PAYMENT INFORMATION SCREEN |
| APPLICATION ID:  00412932 |

KENVIL UNITED, INC.
P.O. BOX 32
WHARTON  NJ  07885

Check Number
**7001**

Pay To The Order of
    NJ Workers Compensation Insurance Plan

Pay Exactly
    $598.00 Dollars

Bank Name and Address
**WACHOVIA**
KENVIL  NJ  07847

KENVIL UNITED, INC.                    MEMO

unknown   Page: 1/1   Date: 5/3/2007   2 PM
Printer

00412932

NEW JERSEY WORKERS COMPENSATION INSURANCE PLAN
AUTHORIZATION FOR RELEASE OF FUNDS AND CERTIFICATION

00412932

Employer:
KENVIL UNITED, INC.
P.O. BOX 32
WHARTON NJ 07885

NJ Taxpayer ID #: 205011727
Federal Employer ID or SS#: 205011727
Date business began: 2007
Coverage requested effective date: 05/04/2007

**Check amt: 598.00**

7001

KENVIL UNITED CORPORATION
P.O. BOX 32
WHARTON, NJ 07885

WACHOVIA

VOID

4/30/2007

PAY TO THE
ORDER OF   NJWCIP

$ ...589.00

Five Hundred Eighty-Nine and 00/100 ***********************************************

DOLLARS

MEMO:   WORKERS COMP.

I authorize drafting funds for the above named bank account.
Signature:   John Fahr          Title: PRESIDENT          Date: 5/3/07

**14. APPLICANT CERTIFICATION**

I hereby acknowledge that I have fully read the instructions related to the completion of this application as well as above statements and personally certify that the foregoing statements and information contained in this application are true and accurate to the best of my knowledge and, that I, as an owner/officer, am fully authorized to sign this application on behalf of the applicant, and to bind the applicant. I understand that under New Jersey criminal law, insurance fraud is punishable by up to ten (10) years imprisonment and fines up to $150,000, as well as civil penalties authorized by the New Jersey insurance fraud prevention act of this application for coverage represents an electronic submission for coverage, I further acknowledge receipt of copies of all instruments relating to such submission, including the instructions for completing application, the fully completed application and addendums and the authorization for release of funds and certification.
I understand that, as the applicant, the information provided herein is material and will be relied upon by the Compensation Rating & Inspection Bureau as well as by the designated insurance company, to provide the requested insurance and will be used to calculate my preliminary workers compensation premium.
I also understand that I have a continuing obligation to promptly notify the designated carrier of changes in:
o The kind of work conducted by the business
o The size and/or classification of our workforce
o The amount of remuneration
o The business ownership or business structure
o Change of mailing address and/or principal physical location
I agree to make available all records necessary for a carrier or rating bureau audit and to permit the auditor or other representative to make a physical inspection of our premises/operations. I understand that failure to do this may result in termination of the coverage, provided, civil penalties and/or criminal prosecution.
It is further understood that if there is workers compensation liability under the law(s) of any other state(s), other arrangements must be made. In accordance with New Jersey law, if I/we intentionally underrate or conceal remuneration, or misrepresent or conceal employee duties, so as to avoid proper classification for premium calculations, or misrepresent or conceal information pertinent to the computation and application of an experience rating modification factor, I/we shall be subject to civil penalties authorized by the New Jersey insurance fraud prevention act, as well as prosecution under the criminal laws of this state.
Applicants
Signature:   John Fahr          Title: PRESIDENT          Date: 5/3/07

RECEIVED
MAY 3 2007

**15. PRODUCER CERTIFICATION**

I hereby certify that I have read and understand the instructions related to this application and have fully explained the rules and procedures of the New Jersey workers compensation insurance plan to the applicant. I understand that intentional misstatement of information in this application may subject me to penalties as are provided by law including, but not limited to loss of license.
I further understand that under New Jersey criminal law, insurance fraud is punishable by up to ten (10) years imprisonment and fines up to $150,000 as well as civil penalties authorized by the New Jersey insurance fraud prevention act. I further certify that I have witnessed the applicant's signature to this application.
If this application for coverage represents an electronic submission for coverage, I certify that I have witnessed the applicant's signature to the "authorization for release of funds and certification" and that the applicant has received copies of all instruments relating to such submission, including the instructions for completing application, the fully completed application and addendums and the authorization for release of funds and certification.
Producers
Signature:          Title: PRESIDENT          Date: 5/3/7

https://www.njcrib.com/crib/arpeweh1.cgi

# EXHIBIT B

# COMPENSATION RATING AND INSPECTION BUREAU

### STATE OF NEW JERSEY
### DEPARTMENT OF BANKING AND INSURANCE

#### 60 PARK PLACE, NEWARK, NJ 07102
#### (973) 622-6014

GROVER E. CZECH, ESQ.
Executive Director

FREDERICK A. HUBER
Associate Executive Director

**Bureau File: 438706**

May 09, 2007

**Employer**

**Designated Producer**

KENVIL UNITED, INC.
P.O. BOX 32
WHARTON, NJ 07885

JOSEPH J. SCHIPSI, INC.
303 S. KINGS HIGHWAY, SUI
CHERRY HILL, NJ 08034

## NOTICE OF DESIGNATION
### NEW JERSEY WORKERS'
### COMPENSATION INSURANCE PLAN

| **Designated** | LIBERTY INSURANCE CORPORATION |
|---|---|
| **Insurance** | INVOLUTARY MARKET OPERATIONS - |
| **Company** | P O BOX 8090 |
| | WAUSAU, WI  54402-8090 |

**TO THE DESIGNATED INSURANCE COMPANY:** Attached is a copy of the application filed by this employer for designation of an insurance company under the New Jersey Workers' Compensation Insurance Plan, together with a check representing advance premium payment. The check is identified by the following number, date and amount:

| WEB APPLICATION NO. | CHECK NUMBER | CHECK DATE | CHECK AMT. |
|---|---|---|---|
| 412932 | 7001 | 05/03/2007 | $598 |

*In accordance with paragraph 3 of the Plan, insurance is effective on 12:01 A.M. 05/04/2007.*

**REMARKS:** FOR POLICY PREPARATION SEE APPLICATION FOR NAME OF INSURED.

DOUGLAS WRIGHT
Plan Underwriter

AR/UN
Attachment
WCP-1 (5/91)

NOTE: A copy of this notice is also sent to the Employer and Producer, if any.

# EXHIBIT C



**Liberty Mutual.**
INSURANCE

Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
P.O. Box 9090
Dover NH 03821-9090

| Div | Account # |
|---|---|
| 3 | 348784 |

Earned Premium Statement
As of   06/13/17

| Bill Date | Policy | Transaction | AMOUNT |
|---|---|---|---|
| 05/04/2013-05/04/2014 | WC5-33S-348784-063 | Earned Premium | $455,111.00 |
| 05/04/2013-05/04/2014 | WC5-33S-348784-063 | Surcharge/Assessments | $26,216.00 |
| 07/30/13 | | Payment Received-Thank You! | ($25,554.53) |
| 01/13/14 | | CR from 032 | ($3.47) |
| 05/12/15 | | Payment Received-Thank You! | ($112,526.48) |
| | | **Balance Due** | **$343,242.52** |



**Liberty Mutual.**
INSURANCE

Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
Attn: Payment Processi
62 Maple Avenue
Keene NH 03431

| Div | Account # |
|-----|-----------|
| 3 | 348784 |

Statement of Account
As of   06/13/17

*05/04/2013-05/04/2014*

| Bill Date | Policy | Transaction | AMOUNT |
|-----------|--------|-------------|--------|
| 06/17/13 | | Payment Received-Thank You! | ($6,391.00) |
| 06/17/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 06/17/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 06/17/13 | WC5-33S-348784-063 | Installment | $6,000.00 |
| 06/17/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 06/17/13 | WC5-33S-348784-063 | Surcharge & Assessment | $287.00 |
| 06/17/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 07/15/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 07/15/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 07/24/13 | | Partial Payment Applied (4611.06) | ($4,171.06) |
| 07/30/13 | | Partial Payment Applied (25554.53) | ($2,797.53) |
| 08/15/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 08/15/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 09/16/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 09/16/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 09/20/13 | | Payment Received-Thank You! | ($2,357.53) |
| 09/30/13 | | Payment Received-Thank You! | ($2,357.53) |
| 10/15/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 10/15/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 11/14/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.53 |
| 11/14/13 | WC5-33S-348784-063 | Installment | $2,250.00 |
| 11/25/13 | | Payment Received-Thank You! | ($4,715.06) |
| 11/29/13 | WC5-33S-348784-063 | Endorsement | $372.46 |
| 12/16/13 | WC5-33S-348784-063 | Surcharge & Assessment | $107.29 |
| 12/16/13 | WC5-33S-348784-063 | Installment | $2,288.54 |
| 12/16/13 | | Payment Received-Thank You! | ($372.46) |
| 01/10/14 | | Payment Received-Thank You! | ($2,768.29) |
| 01/13/14 | WC5-33S-348784-063 | Refund | $372.46 |
| 06/30/14 | WC5-33S-348784-063 | Estimated Audit | $0.00 |
| 04/24/15 | WC5-33S-348784-063 | Surcharge & Assessment | $23,533.00 |
| 04/24/15 | WC5-33S-348784-063 | Estimated Audit | $406,055.00 |
| 05/12/15 | | Payment Received-Thank You! | ($112,526.48) |
| 07/27/16 | WC5-33S-348784-063 | Surcharge & Assessment | $28,082.00 |
| 07/27/16 | WC5-33S-348784-063 | Final Audit | $482,841.00 |
| 07/27/16 | WC5-33S-348784-063 | Billed Adjustment | ($406,055.00) |
| 07/27/16 | WC5-33S-348784-063 | Surcharge & Assessment | ($23,533.00) |
| 04/07/17 | WC5-33S-348784-063 | Final Audit | ($52,141.00) |
| 04/07/17 | WC5-33S-348784-063 | Surcharge & Assessment | ($3,013.00) |
| | | Balance Due | $343,242.52 |



LM INSURANCE CORPORATION
Workers Compensation Assigned Risk
P.O. Box 8090
Wausau WI 54402-8090
Telephone: (800) 653-7893
Fax: (603) 427-1885
Email: IMS@LibertyMutual.com

March 13, 2017

KENVIL UNITED CORP
PO BOX 32
WHARTON NJ 07885

**RE: Audit Exhibit**

| | |
|---|---|
| Insured: | KENVIL UNITED CORP |
| Policy Number: | WC5-33S-348784-063 |
| Effective Date: | May 4, 2013 |
| Audit Period: | May 4, 2013 - May 4, 2014 |

Dear KENVIL UNITED CORP,

Your workers compensation policy, WC5-33S-348784-063, expired on May 4, 2014. This is your revised audit exhibit. This exhibit reflects changes we made to correct your previous audit.

***Please be advised this audit exhibit is not an invoice.* You will receive an invoice reflecting your account balance under separate cover. This exhibit shows the difference, if any, between the prior policy's estimated premium and the policy's audited premium as a result of this adjustment, and does not reflect any payments made.**

**Location Number and Address**
001   60 DELL AVE, KENVIL, NJ 07847

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|---|---|---|---|---|---|---|
| | | | For the Period 05-04-2013 to 05-04-2014 | | | |
| NJ | 001 | 5040 | IRON OR STEEL ERECTION:  ERECTION-RADIO, TELEVISIO | 2,698,835 | 17.25 | 465,549 |
| | | 5057 | IRON OR STEEL ERECTION:  ERECTION NOC | 8,211 | 13.63 | 1,119 |
| | | 5057U | IRON OR STEEL ERECTION:  ERECTION NOC | 0 | 20.45 | 0 |
| | | 5606 | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 2.57 | 0 |
| | | 5606U | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 3.86 | 0 |
| | | 8742 | SALESPERSONS-OUTSIDE | 120,640 | 0.64 | 772 |
| | | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 45,485 | 0.25 | 114 |
| | | 9530 | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 9.33 | 0 |
| | | 9530U | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 14.00 | 0 |
| | | | -- Total Class Premium -- | | | 467,554 |
| | | 0935 | NJSIF SURCHARGE | | 1.068 | 26,216 |

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|-------|--------|-----------|-------------|----------|-----------|---------|
| | | 9898 | EXPERIENCE PREMIUM | | 0.818 | -86,286 |
| | | 9740 | TERRORISM | | 1.030 | 862 |
| | | 6199 | INCREASE LIMITS | | 1.014 | 6,546 |
| | | 0942 | PLAN PREMIUM ADJ PROGRAM | | 1.170 | 65,928 |
| | | 0936 | NJUEF SURCHARGE | | 1.000 | 0 |
| | | 9741 | CATASTROPHE (O/T ACTS OF TERR) | | 1.010 | 287 |
| | | 0900 | EXPENSE CONSTANT | | 0.000 | 220 |
| | | | -- Total for Period -- | | | 481,327 |
| | | | Total for NJ  - Location 001 | | | 481,327 |

| AUDIT SUMMARY | Audited Premium |
|---------------|-----------------|
| Total State -- NJ | 481,327 |
| Total Policy Cost - Revised Audited Premium | 481,327 |
| Total Initial Audited Premium | 536,481 |
| **Change in Premium and Surcharges Due to Audit** | -55,154 |

**Policy Disputes:**
In order to remain eligible for workers' compensation coverage through the assigned-risk market, you must pay all outstanding premium owed unless you can demonstrate that the premium is inaccurate AND that you have taken steps to dispute the inaccuracies with your insurance carrier.

If you dispute any portion of your invoice and for collections to be held on the balance pending dispute resolution, you must comply with **all** of the following procedures for raising a "bona fide dispute":

1   Provide a detailed written explanation of why you believe your invoice is incorrect, including all documentation to verify these findings (This would include, but not be limited to, certificates of insurance for subcontractors, copies of invoices showing a detailed breakdown of materials purchased, a description of all jobs performed by an employee if a class code is disputed, and/or verification of independence for all uninsured contractors, for review.) AND

2   Provide a detailed recalculation of what the premium should be (for help in recalculating the undisputed premium please contact your producer of record), AND

3   **Mail payment** for the **undisputed** portion of the premium owed by the due date on the invoice to the **Liberty Mutual address noted at the bottom of the invoice** (the amount arrived at in the calculations of #2).

4   Please submit your written dispute by fax or email as noted below.  If this option is not possible, please mail your dispute along with your undisputed payment.

For Physical Audit Disputes:  EMAIL or FAX a copy of your dispute to our Audit Operations Dept. at:
Email: **IMOAuditDispute@LibertyMutual.com**
Fax #: 603-334-0291

For Self-Audit Disputes:  EMAIL or FAX a copy of your dispute to our Underwriting Operations Dept. at
Email: **IMS@LibertyMutual.com**
Fax #:  603-427-1885

Sincerely,

Commercial Service Operations

cc:  JOSEPH J SCHIPSI INC



Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
P.O. Box 9090
Dover NH 03821-9090

| Div | Account # |
|-----|-----------|
| 3   | 348784    |

### Earned Premium Statement
### As of    01/20/17

| Bill Date | Policy | Transaction | AMOUNT |
|-----------|--------|-------------|--------|
| 05/04/2014-05/04/2015 | WC5-33S-348784-064 | Earned Premium | $781,430.00 |
| 05/04/2014-05/04/2015 | WC5-33S-348784-064 | Surcharge/Assessments | $48,693.00 |
| 03/13/14 | | Payment Received-Thank You! | ($7,261.00) |
| 04/15/14 | | Payment Received-Thank You! | ($4,209.00) |
| 06/12/14 | | Payment Received-Thank You! | ($3,972.33) |
| 06/12/14 | | CR from 042 policy | ($440.00) |
| 08/27/14 | | Payment Received-Thank You! | ($2,479.49) |
| 12/11/14 | | Payment Received-Thank You! | ($675.18) |
| 05/20/15 | | Payment Received-Thank You! | ($138,534.00) |
| 06/30/15 | | Prem Adj. | ($1.00) |
| 11/19/16 | | Adjustment Premium | $1.00 |
| | | **Balance Due** | **$672,552.00** |



**Liberty Mutual.**
INSURANCE

Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
Attn: Payment Processi
62 Maple Avenue
Keene NH 03431

| Div | Account # |
|-----|-----------|
| 3 | 348784 |

**Statement of Account**
As of     01/20/17

*05/04/2014-05/04/2015*

| Bill Date | Policy | Transaction | AMOUNT |
|-----------|--------|-------------|--------|
| 03/13/14 | | Payment Received-Thank You! | ($7,261.00) |
| 04/15/14 | | Payment Received-Thank You! | ($4,209.00) |
| 05/05/14 | WC5-33S-348784-064 | Surcharge | $519.00 |
| 05/05/14 | WC5-33S-348784-064 | Installment | $11,393.00 |
| 05/15/14 | WC5-33S-348784-064 | Installment | $3,797.50 |
| 05/15/14 | WC5-33S-348784-064 | Surcharge | $172.83 |
| 06/12/14 | | Payment Received-Thank You! | ($3,972.33) |
| 06/12/14 | | CR from 042 policy | ($440.00) |
| 07/25/14 | WC5-33S-348784-064 | Endorsement | ($1,140.00) |
| 07/25/14 | WC5-33S-348784-064 | Surcharge | ($52.67) |
| 08/15/14 | WC5-33S-348784-064 | Installment | $3,512.50 |
| 08/15/14 | WC5-33S-348784-064 | Surcharge | $159.66 |
| 08/27/14 | | Payment Received-Thank You! | ($2,479.49) |
| 11/05/14 | WC5-33S-348784-064 | Surcharge | ($31.50) |
| 11/05/14 | WC5-33S-348784-064 | Endorsement | ($2,590.00) |
| 11/14/14 | WC5-33S-348784-064 | Surcharge | $154.68 |
| 11/14/14 | WC5-33S-348784-064 | Installment | $3,142.00 |
| 12/11/14 | | Payment Received-Thank You! | ($675.18) |
| 04/28/15 | WC5-33S-348784-064 | Surcharge | $17,450.00 |
| 04/28/15 | WC5-33S-348784-064 | Endorsement | $276,308.00 |
| 05/20/15 | | Payment Received-Thank You! | ($138,534.00) |
| 06/30/15 | WC5-33S-348784-064 | Surcharge | $1.00 |
| 06/30/15 | WC5-33S-348784-064 | Estimated Audit | $0.00 |
| 06/30/15 | | Prem Adj. | ($1.00) |
| 07/27/16 | WC5-33S-348784-064 | Surcharge | ($1.00) |
| 07/27/16 | WC5-33S-348784-064 | Final Audit | $487,007.00 |
| 07/27/16 | WC5-33S-348784-064 | Surcharge | $30,321.00 |
| 11/19/16 | | Adjustment Premium | $1.00 |
| | | **Balance Due** | **$672,552.00** |



LM INSURANCE CORPORATION
P.O. Box 8090
Wausau WI 54402-8090
Telephone: (800) 653-7893
Fax: (603) 427-1885
Email: IMS@LibertyMutual.com

July 27, 2016

KENVIL UNITED CORP
PO BOX 32
WHARTON NJ 07885

**RE: Audit Exhibit**

| | |
|---|---|
| Insured: | KENVIL UNITED CORP |
| Policy Number: | WC5-33S-348784-064 |
| Effective Date: | May 4, 2014 |
| Audit Period: | May 4, 2014 - May 4, 2015 |

Dear Insured:

Your workers compensation policy, WC5-33S-348784-064, expired on May 4, 2015.  This is your final audit exhibit.  This exhibit reflects payrolls/other exposures you provided to our representative.  NOTE: Current coverage may be endorsed to reflect these payrolls/other exposures.

***Please be advised this audit exhibit is not an invoice.* You will receive an invoice reflecting your account balance under separate cover. This exhibit shows the difference, if any, between the prior policy's estimated premium and the policy's audited premium as a result of this adjustment, and does not reflect any payments made.**

**Location Number and Address**
001    60 DELL AVE, KENVIL, NJ 07847

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|---|---|---|---|---|---|---|
| | | | For the Period 05-04-2014 to 07-30-2014 | | | |
| NJ | 001 | 5040 | IRON OR STEEL ERECTION:  ERECTION-RADIO, TELEVISIO | 1,385,395 | 19.71 | 273,061 |
| | | 5057 | IRON OR STEEL ERECTION:  ERECTION NOC | 0 | 13.09 | 0 |
| | | 5057U | IRON OR STEEL ERECTION:  ERECTION NOC | 0 | 19.64 | 0 |
| | | 5059 | IRON OR STEEL ERECTION:  ERECTION-FRAME STRUCTURES | 16,600 | 28.92 | 4,801 |
| | | 5606 | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 2.75 | 0 |
| | | 5606U | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 4.13 | 0 |
| | | 8742 | SALESPERSONS-OUTSIDE | 30,810 | 0.60 | 185 |
| | | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 10,918 | 0.25 | 27 |
| | | 9530 | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 24,875 | 10.13 | 2,520 |
| | | 9530U | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 15.20 | 0 |

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|---|---|---|---|---|---|---|
| | | | -- Total Class Premium -- | | | 280,594 |
| | | 9741 | CATASTROPHE (O/T ACTS OF TERR) | | 1.010 | 147 |
| | | 9898 | EXPERIENCE PREMIUM | | 0.818 | -51,783 |
| | | 0935 | NJSIF SURCHARGE | | 1.066 | 15,268 |
| | | 0942 | PLAN PREMIUM ADJ PROGRAM | | 1.170 | 39,566 |
| | | 6199 | INCREASE LIMITS | | 1.014 | 3,928 |
| | | 9740 | TERRORISM | | 1.030 | 441 |
| | | 0900 | EXPENSE CONSTANT | | 0.000 | 220 |
| | | 0936 | NJUEF SURCHARGE | | 1.000 | 0 |
| | | | -- Total for Period -- | | | 288,381 |
| | | | For the Period 07-30-2014 to 05-04-2015 | | | |
| NJ | 001 | 5040 | IRON OR STEEL ERECTION:  ERECTION-RADIO, TELEVISIO | 3,328,878 | 19.71 | 656,122 |
| | | 5057 | IRON OR STEEL ERECTION:  ERECTION NOC | 392,439 | 13.09 | 51,370 |
| | | 5057U | IRON OR STEEL ERECTION:  ERECTION NOC | 0 | 19.64 | 0 |
| | | 5059 | IRON OR STEEL ERECTION:  ERECTION-FRAME STRUCTURES | 0 | 28.92 | 0 |
| | | 5606 | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 2.75 | 0 |
| | | 5606U | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 4.13 | 0 |
| | | 8742 | SALESPERSONS-OUTSIDE | 92,430 | 0.60 | 555 |
| | | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 42,357 | 0.25 | 106 |
| | | 9530 | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 105,920 | 10.13 | 10,730 |
| | | 9530U | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 15.20 | 0 |
| | | | -- Total Class Premium -- | | | 718,883 |
| | | 0935 | NJSIF SURCHARGE | | 1.066 | 33,425 |
| | | 9046 | CONTRACTORS CREDIT PROGRAM | | 0.850 | -76,430 |
| | | 0936 | NJUEF SURCHARGE | | 1.000 | 0 |
| | | 9740 | TERRORISM | | 1.030 | 1,189 |
| | | 9741 | CATASTROPHE (O/T ACTS OF TERR) | | 1.010 | 396 |
| | | 6199 | INCREASE LIMITS | | 1.014 | 10,064 |
| | | 0942 | PLAN PREMIUM ADJ PROGRAM | | 1.170 | 73,628 |
| | | 9898 | EXPERIENCE PREMIUM | | 0.699 | -219,413 |
| | | | -- Total for Period -- | | | 541,742 |
| | | | Total for NJ  - Location 001 | | | 830,123 |

| AUDIT SUMMARY | Audited Premium |
|---|---|
| Total State -- NJ | 830,123 |
| Total Policy Cost - Audited Premium | 830,123 |
| Total Policy Estimated Premium | 312,795 |
| Change in Premium and Surcharges Due to Audit | 517,328 |

**Policy Disputes:**

In order to remain eligible for workers' compensation coverage through the assigned-risk market, you must pay all outstanding premium owed unless you can demonstrate that the premium is inaccurate AND that you have taken steps to dispute the inaccuracies with your insurance carrier.

If you dispute any portion of your invoice and for collections to be held on the balance pending dispute resolution, you must comply with **all** of the following procedures for raising a "bona fide dispute":

1   Provide a detailed written explanation of why you believe your invoice is incorrect, including all documentation to verify these findings (This would include, but not be limited to, certificates of insurance for subcontractors, copies of invoices showing a detailed breakdown of materials purchased, a description of all jobs performed by an employee if a class code is disputed, and/or verification of independence for all uninsured contractors, for review.)  AND

2   Provide a detailed recalculation of what the premium should be (for help in recalculating the undisputed premium please contact your producer of record), AND

3   **Mail payment** for the **undisputed** portion of the premium owed by the due date on the invoice to the **Liberty Mutual address noted at the bottom of the invoice** (the amount arrived at in the calculations of #2).

4   Please submit your written dispute by fax or email as noted below.  If this option is not possible, please mail your dispute along with your undisputed payment.

For Physical Audit Disputes:  EMAIL or FAX a copy of your dispute to our Audit Operations Dept. at:
Email: **IMOAuditDispute@LibertyMutual.com**
Fax #: 603-334-0291

For Self-Audit Disputes:  EMAIL or FAX a copy of your dispute to our Underwriting Operations Dept. at
Email: **IMS@LibertyMutual.com**
Fax #:  603-427-1885

Sincerely,

Commercial Service Operations

cc:  JOSEPH J SCHIPSI INC



**Liberty Mutual.**
INSURANCE

Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
P.O. Box 9090
Dover NH 03821-9090

Div          Account #
3            348784

### Earned Premium Statement
As of    01/20/17

| Bill Date | Policy | Transaction | AMOUNT |
|---|---|---|---|
| 05/04/2015-11/18/2015 | WC5-33S-348784-065 | Earned Premium | $615,145.00 |
| 05/04/2015-11/18/2015 | WC5-33S-348784-065 | Surcharge/Assessments | $33,610.00 |
| 03/19/15 | | Payment Received-Thank You! | ($10,177.00) |
| 06/08/15 | | Payment Received-Thank You! | ($47,776.33) |
| 07/27/15 | | Payment Received-Thank You! | ($70,098.76) |
| 10/02/15 | | Payment Received-Thank You! | ($59,459.46) |
| 11/04/16 | | Payment Received-Thank You! | ($9,813.30) |
| | | **Balance Due** | **$451,430.15** |



Kenvil United Corp.
P.O. Box 32
Wharton NJ 07885

Send Payments to:
Attn: Payment Processi
62 Maple Avenue
Keene NH 03431

| Div | Account # |
|-----|-----------|
| 3 | 348784 |

### Statement of Account
### As of    01/20/17

*05/04/2015-11/18/2015*

| Bill Date | Policy | Transaction | AMOUNT |
|-----------|--------|-------------|--------|
| 03/19/15 | | Payment Received-Thank You! | ($10,177.00) |
| 05/04/15 | WC5-33S-348784-065 | Endorsement | $126,832.00 |
| 05/04/15 | WC5-33S-348784-065 | Surcharge | $410.00 |
| 05/04/15 | WC5-33S-348784-065 | Installment | $8,328.00 |
| 05/04/15 | WC5-33S-348784-065 | Surcharge | $7,759.00 |
| 05/15/15 | WC5-33S-348784-065 | Installment | $45,053.33 |
| 05/15/15 | WC5-33S-348784-065 | Surcharge | $2,723.00 |
| 05/29/15 | WC5-33S-348784-065 | Endorsement | $67,986.76 |
| 05/29/15 | WC5-33S-348784-065 | Surcharge | $2,112.00 |
| 06/08/15 | | Payment Received-Thank You! | ($47,776.33) |
| 07/27/15 | | Payment Received-Thank You! | ($70,098.76) |
| 08/17/15 | WC5-33S-348784-065 | Installment | $56,384.46 |
| 08/17/15 | WC5-33S-348784-065 | Surcharge | $3,075.00 |
| 10/02/15 | | Payment Received-Thank You! | ($59,459.46) |
| 11/09/15 | WC5-33S-348784-065 | Surcharge | ($1,341.00) |
| 11/09/15 | WC5-33S-348784-065 | Endorsement | ($25,968.60) |
| 11/16/15 | WC5-33S-348784-065 | Installment | $53,499.05 |
| 11/16/15 | WC5-33S-348784-065 | Surcharge | $2,926.00 |
| 01/18/16 | WC5-33S-348784-065 | Cancellation Audit | ($160,844.00) |
| 01/18/16 | WC5-33S-348784-065 | Surcharge | ($8,280.00) |
| 07/27/16 | WC5-33S-348784-065 | Billed Adjustment | $160,844.00 |
| 07/27/16 | WC5-33S-348784-065 | Surcharge | $8,280.00 |
| 07/27/16 | WC5-33S-348784-065 | Cancellation Mid -Term | $306,662.00 |
| 07/27/16 | WC5-33S-348784-065 | Surcharge | $17,172.00 |
| 10/25/16 | WC5-33S-348784-065 | Cancellation Mid -Term | ($23,632.00) |
| 10/25/16 | WC5-33S-348784-065 | Surcharge | ($1,226.00) |
| 11/04/16 | | Payment Received-Thank You! | ($9,813.30) |
| | | **Balance Due** | **$451,430.15** |

Premium          $437,392.45



LM INSURANCE CORPORATION
P.O. Box 8090
Wausau WI 54402-8090
Telephone: (800) 653-7893
Fax: (603) 427-1885
Email: IMS@LibertyMutual.com

October 6, 2016

KENVIL UNITED CORP
PO BOX 32
WHARTON NJ 07885

**RE: Audit Exhibit**

| | |
|---|---|
| Insured: | KENVIL UNITED CORP |
| Policy Number: | WC5-33S-348784-065 |
| Effective Date: | May 4, 2015 |
| Audit Period: | May 4, 2015 - November 18, 2015 |

Dear Insured:

Your workers compensation policy, WC5-33S-348784-065, cancelled on November 18, 2015. This is your revised audit exhibit. This exhibit reflects changes we made to correct your previous audit.

*Please be advised this audit exhibit is not an invoice.* **You will receive an invoice reflecting your account balance under separate cover. This exhibit shows the difference, if any, between the prior policy's estimated premium and the policy's audited premium as a result of this adjustment, and does not reflect any payments made.**

**Location Number and Address**
001   60 DELL AVE, KENVIL, NJ 07847

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|---|---|---|---|---|---|---|
| | | | For the Period 05-04-2015 to 07-30-2015 | | | |
| NJ | 001 | 5040 | IRON OR STEEL ERECTION: ERECTION-RADIO, TELEVISIO | 1,326,767 | 19.71 | 261,506 |
| | | 5057 | IRON OR STEEL ERECTION: ERECTION NOC | 0 | 13.09 | 0 |
| | | 5057U | IRON OR STEEL ERECTION: ERECTION NOC | 0 | 19.64 | 0 |
| | | 5059 | IRON OR STEEL ERECTION: ERECTION-FRAME STRUCTURES | 23,866 | 28.92 | 6,902 |
| | | 5606 | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 2.75 | 0 |
| | | 5606U | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 4.13 | 0 |
| | | 8742 | SALESPERSONS-OUTSIDE | 31,460 | 0.60 | 189 |
| | | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 13,845 | 0.25 | 35 |
| | | 9530 | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 78,898 | 10.13 | 7,992 |
| | | 9530U | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 15.20 | 0 |
| | | | -- Total Class Premium -- | | | 276,624 |

| State | Loc. # | Class Code | Description | Exposure | Rate/ $100 | Premium |
|---|---|---|---|---|---|---|
| | | 0935 | NJSIF SURCHARGE | | 1.061 | 11,901 |
| | | 9898 | EXPERIENCE PREMIUM | | 0.699 | -84,430 |
| | | 9740 | TERRORISM | | 1.030 | 442 |
| | | 0900 | EXPENSE CONSTANT | | 0.000 | 220 |
| | | 0942 | PLAN PREMIUM ADJ PROGRAM | | 1.170 | 28,332 |
| | | 9046 | CONTRACTORS CREDIT PROGRAM | | 0.850 | -29,410 |
| | | 9741 | CATASTROPHE (O/T ACTS OF TERR) | | 1.010 | 147 |
| | | 6199 | INCREASE LIMITS | | 1.014 | 3,873 |
| | | 0936 | NJUEF SURCHARGE | | 1.000 | 0 |
| | | | -- Total for Period -- | | | 207,699 |
| | | | For the Period 07-30-2015 to 11-18-2015 | | | |
| NJ | 001 | 5040 | IRON OR STEEL ERECTION: ERECTION-RADIO, TELEVISIO | 2,143,304 | 22.17 | 475,170 |
| | | 5057 | IRON OR STEEL ERECTION: ERECTION NOC | 0 | 13.20 | 0 |
| | | 5057U | IRON OR STEEL ERECTION: ERECTION NOC | 0 | 19.80 | 0 |
| | | 5059 | IRON OR STEEL ERECTION: ERECTION-FRAME STRUCTURES | 23,498 | 30.26 | 7,110 |
| | | 5606 | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 2.76 | 0 |
| | | 5606U | CONTRACTOR-EXECUTIVE SUPERVISOR | 0 | 4.14 | 0 |
| | | 8742 | SALESPERSONS-OUTSIDE | 36,300 | 0.60 | 218 |
| | | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 29,802 | 0.28 | 83 |
| | | 9530 | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 32,928 | 9.83 | 3,237 |
| | | 9530U | MOBILE CRANE AND HOISTING SERVICE CONTRACTORS-NOC | 0 | 14.75 | 0 |
| | | | -- Total Class Premium -- | | | 485,818 |
| | | 0942 | PLAN PREMIUM ADJ PROGRAM | | 1.170 | 60,799 |
| | | 9740 | TERRORISM | | 1.030 | 680 |
| | | 0935 | NJSIF SURCHARGE | | 1.061 | 21,709 |
| | | 9741 | CATASTROPHE (O/T ACTS OF TERR) | | 1.010 | 227 |
| | | 9898 | EXPERIENCE PREMIUM | | 0.726 | -134,978 |
| | | 6199 | INCREASE LIMITS | | 1.014 | 6,801 |
| | | 0936 | NJUEF SURCHARGE | | 1.000 | 0 |
| | | | -- Total for Period -- | | | 441,056 |
| | | | Total for NJ  - Location 001 | | | 648,755 |

| AUDIT SUMMARY | Audited Premium |
|---|---|
| Total State -- NJ | 648,755 |
| | |
| Total Policy Cost - Revised Audited Premium | 648,755 |
| Total Initial Audited Premium | 673,613 |
| Change in Premium and Surcharges Due to Audit | -24,858 |

**Policy Disputes:**
In order to remain eligible for workers' compensation coverage through the assigned-risk market, you must pay all outstanding premium owed unless you can demonstrate that the premium is inaccurate AND that you have taken steps to dispute the inaccuracies with your insurance carrier.

If you dispute any portion of your invoice and for collections to be held on the balance pending dispute resolution, you must comply with **all** of the following procedures for raising a "bona fide dispute":

1   Provide a detailed written explanation of why you believe your invoice is incorrect, including all documentation to verify these findings (This would include, but not be limited to, certificates of insurance for subcontractors, copies of invoices showing a detailed breakdown of materials purchased, a description of all jobs performed by an employee if a class code is disputed, and/or verification of independence for all uninsured contractors, for review.)  AND

2   Provide a detailed recalculation of what the premium should be (for help in recalculating the undisputed premium please contact your producer of record), AND

3   **Mail payment** for the **undisputed** portion of the premium owed by the due date on the invoice to the **Liberty Mutual address noted at the bottom of the invoice** (the amount arrived at in the calculations of #2).

4   Please submit your written dispute by fax or email as noted below.  If this option is not possible, please mail your dispute along with your undisputed payment.

For Physical Audit Disputes:  EMAIL or FAX a copy of your dispute to our Audit Operations Dept. at:
Email: **IMOAuditDispute@LibertyMutual.com**
Fax #: 603-334-0291

For Self-Audit Disputes:  EMAIL or FAX a copy of your dispute to our Underwriting Operations Dept. at
Email: **IMS@LibertyMutual.com**
Fax #:  603-427-1885

Sincerely,

Commercial Service Operations

cc:  JOSEPH J SCHIPSI INC